UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINALD PIERRE,

Plaintiff,

-v-

MARLON H. GUZMAN REINOSO and MARLON LOGISTICS CORP.,

Defendants.

26-cv-6033 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

The Court has received defendants' letter withdrawing their petition for removal of this action. (Dkt. No. 7.) Accordingly, this action is remanded to Supreme Court, Bronx County.

Dated: New York, New York
August 5, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.